Opinion issued November 18, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00039-CV

———————————

ARTHUR
JOHNSON, Appellant

V.

JOYCE A. JOHNSON, Appellee



 



 

On Appeal from the 309th District Court Harris County, Texas



Trial Court Cause No. 9216011

 



 

MEMORANDUM OPINION

          Appellant, Arthur Johnson, has neither established
indigence, nor paid all the required fees. 
See Tex. R. App. P.
5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing
requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207, 51.941(a),
101.041 (Vernon Supp. 2010) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees
in court of appeals).  After being
notified that this appeal was subject to dismissal, appellant, Arthur Johnson, did
not adequately respond.  See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

          We
dismiss this appeal for nonpayment of all required fees.  All pending motions are denied.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Bland.